JS - 6

**FILED: 12/20/13**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY GONZALEZ-RIVERA, et al )<br>)<br>           Plaintiff,     )<br>                              )     **CASE NO. EDCV 13-1693 GHK (DTBx)**<br>          vs.               )<br>                              )<br>CITY OF RIVERSIDE, et al      )     **ORDER OF DISMISSAL**<br>                              )<br>          Defendants.         )<br>_____) | |

   The parties having gone for mediation on December 11, 2013, and the Court having been infomred that the above-entitled action has been settled,

   **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:  12/20/13                                    _____
                                                   GEORGE H. KING
                                                   CHIEF U. S. DISTRICT JUDGE